**DAVID A. TORRES AND ASSOCIATES**
Attorney at Law, SBN 135059
1318 K Street
Bakersfield, CA 93301
Ph.: (661)326-0857
Fax.: (661) 326-0936
e-mail: lawtorres@aol.com

Attorney for Defendant
BRETT LEE SCOTT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>PLAINTIFF,<br><br><br>BRETT LEE SCOTT<br><br>DEFENDANT. | Case No.: 13-CR-00110 AWI-BAM<br><br>**DEFENDANTS REQUEST AND WAIVER OF APPEARANCE ORDER**<br><br>DATE: June 24, 2013<br>Time: 1:00 p.m.<br>Courtroom 8<br><br>HONORABLE BARBARA A. McAULIFFE |

Defendant, BRETT LEE SCOTT, hereby waives his appearance in person in open court upon the status conference hearing set for Monday, June 24, 2013 at 1:00 p.m. in Courtroom Eight of the above entitled court. Defendant hereby requests the court to proceed in his absence and agrees that his interests will be deemed represented at said hearing by the presence of his attorney, DAVID A. TORRES. Defendant further agrees to be present in person in court at all future hearing dates set by the court including the dates for jury trial.

Date: June 20, 2013                                         /S/BRETT LEE SCOTT
                                                            BRETT LEE SCOTT

# ORDER

Good cause appearing.

IT IS HEREBY ORDERED that defendant BRETT LEE SCOTT is hereby excused from appearing at this court hearing scheduled for June 24, 2013 at 1:00 p.m.

IT IS SO ORDERED.

Dated: **June 20, 2013**                    **/s/ Barbara A. McAuliffe**
UNITED STATES MAGISTRATE JUDGE